UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW LINE PRODUCTIONS, INC., et al.,<br><br>  Plaintiffs,<br>  v.<br>PAULA DIXON,<br>  Defendant. | 1:06-cv-01119-OWW-SMS<br><br>ORDER **VACATING HEARING SET FOR MARCH 2, 2007**, ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND DEEMING MOTION SUBMITTED ON THE PAPERS (DOC. 12) |

   Plaintiffs are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(19) and 72-303.

   Pending before the Court is Plaintiffs' motion for a default judgment against Defendant Paula Dixon, filed on December 14, 2006, including the application, a memorandum of law, declarations of Karen Rhorland, Lauren Nguyen, and Thomas Carpenter, and a proposed order.

   Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Plaintiffs for entry of a default judgment is a matter that may appropriately be submitted upon the record and briefs.

1

1  Accordingly, the hearing on the motion, presently set for
2 March 2, 2007, IS VACATED, and the motion IS DEEMED SUBMITTED to
3 the Court for decision.
4 IT IS SO ORDERED.

5 **Dated:   February 26, 2007**              /s/ **Sandra M. Snyder**
  icido3                                UNITED STATES MAGISTRATE JUDGE